# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MAG5 | E1342765 | ATTENDORN | 2773 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 07/04/2021 1846 | 36 CFR 4.23(a)(1) |

Place of Offense

Ocean View Drive Wellfleet

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Operating a motor vehicle, under the influence of alcohol, a drug, drugs or any combination

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| CLARK | JUSTIN | P |

Street Address

███████████████████████████████

| Tag No. | State | Year | Make/Model | PASS/E | Color |
|---|---|---|---|---|---|
| 8PB945 | MA | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | |
|---|---|
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVR Copy

*E1342765*

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on _____, 20 ___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
             Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
             Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 4th, 2021 while exercising my duties as a law enforcement officer in the Federal District of Massachusetts

At approximately 1846 hrs I was on vehicle patrol at Ocean View Drive in Wellfleet, running my stationary radar in my fully marked police cruiser. This location is in Cape Cod National Seashore (CACO), which is within the Special Maritime and Territorial Jurisdiction of the United States. Ocean View Drive is a 30 mph zone and is heavily utilized by pedestrians and cyclists during daylight hours as well as at dark.

At this time I was facing northbound when I observed a grey Toyota Corolla (MA tag 8PB945) travelling southbound on Ocean View Drive at what appeared to be an excessive rate of speed. My stationary radar Python III front antenna showed an approaching speed of 42 mph and the Doppler tone emitted was increasingly high-pitched. Additionally, at this time I saw the front passenger of the vehicle lean her body from the waist up out the passenger side of the vehicle while it was in motion, she did not have a saftey belt on.

I immediately pulled behind the vehicle, and activated my emergency response lights. Upon stopping the vehicle, I identified the driver as CLARK, JUSTIN by his Massachusetts Driver's License. Upon rolling down the window I immediately smelled the odor of alcohol coming from the drivers side of the vehicle, additionaly CLARK had visibly bloodshot eyes and was flushed in the cheeks. I advised CLARK that I wanted to do a few tests to check his ability to safetly drive, he complied. I asked CLARK how many alcoholic beverages he had consumed, to which he responded 4.

At the time of the test I observed CLARKs face was flushed, his eyes were bloodshot, and I could smell the odor of an alcoholic beverage emanating directly from his person. Upon checking for Horizontal Gaze Nystagmus CLARK presented with 6/6 clues, showing a lack of smooth pursuit, distinct and sustained nystagmus at maximum deviation and onset of nystagmus prior to 45 degrees. Additionally CLARK also presented with Vertical Gaze Nystagmus.

Upon conducting the walk and turn test, CLARK presented with 6/8 clues. CLARK was unable to keep his balance when I placed him in the position of insturction. He began the test before

advised to do so and could not maintain balance during instruction. CLARK could not place his feet heel toe as instructed and stepped offline, then began walking. He continued walking for 21 steps before stating he couldn't remember what to do next.

During the one leg stand CLARK presented with 1/4 clues. CLARK put his foot down 3 separate times. He put his foot down upon reaching 1006, and was advised to lift it and continue with the test. He began counting from the beginning and again put his foot down at 1006, and was again advised to continue the test.

CLARK was placed under arrest at this time. CLARK was given a breathalizer test at Wellfleet Police Station and blew a .17 BAC. CLARK was charged with a Mandatory Appearance for the following Violations: 36 CFR 4.23 (a)(1) operating a motor vehicle under the influence of alcohol, 36 CFR 4.23(a)(2) operating a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 or higher, and 36 CFR 4.21 (c) Exceeding posted speed limit.. A video recording of this contact is available. "All information on the front of this notice is incorporated by reference here in."

The radar operator is properly trained, and the unit's radar properly tested. (Python III, serial #951001094)
See Citations E1342764, E1342765, E1342766
IMARS Case #NP21111521

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2021       _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MAKS | E 1342766 | ATTENDORN | 2772 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07/04/2021 1846 | 36 CFR 4.23(a)(2) |

Place of Offense

OCEAN VIEW DRIVE, WELLFLEET

Offense Description: Factual Basis for Charge          HAZMAT ☐

Operating a motor vehicle while
the alcohol concentration in operators blood is
breathe 0.08+ (0.17)

### DEFENDANT INFORMATION

Last Name: CLARK     First Name: JUSTIN     M.I.: P

Street Address: [redacted]

Tag No: 8PB945     State: MA

### APPEARANCE IS REQUIRED

A. ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B. ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee

$ ___ Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1342766*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passengers vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 4th, 2021 while exercising my duties as a law enforcement officer in the Federal District of Massachusetts

At approximately 1846 hrs I was on vehicle patrol at Ocean View Drive in Wellfleet, running my stationary radar in my fully marked police cruiser. This location is in Cape Cod National Seashore (CACO), which is within the Special Maritime and Territorial Jurisdiction of the United States. Ocean View Drive is a 30 mph zone and is heavily utilized by pedestrians and cyclists during daylight hours as well as at dark.

At this time I was facing northbound when I observed a grey Toyota Corolla (MA tag 8PB945) travelling southbound on Ocean View Drive at what appeared to be an excessive rate of speed. My stationary radar Python III front antenna showed an approaching speed of 42 mph and the Doppler tone emitted was increasingly high-pitched. Additionally, at this time I saw the front passenger of the vehicle lean her body from the waist up out the passenger side of the vehicle while it was in motion, she did not have a saftey belt on.

I immediately pulled behind the vehicle, and activated my emergency response lights. Upon stopping the vehicle, I identified the driver as CLARK, JUSTIN by his Massachusetts Driver's License. Upon rolling down the window I immediately smelled the odor of alcohol coming from the drivers side of the vehicle, additionaly CLARK had visibly bloodshot eyes and was flushed in the cheeks. I advised CLARK that I wanted to do a few tests to check his ability to safetly drive, he complied. I asked CLARK how many alcoholic beverages he had consumed, to which he responded 4.

At the time of the test I observed CLARKs face was flushed, his eyes were bloodshot, and I could smell the odor of an alcoholic beverage emanating directly from his person. Upon checking for Horizontal Gaze Nystagmus CLARK presented with 6/6 clues, showing a lack of smooth pursuit, distinct and sustained nystagmus at maximum deviation and onset of nystagmus prior to 45 degrees. Additionally CLARK also presented with Vertical Gaze Nystagmus.

Upon conducting the walk and turn test, CLARK presented with 6/8 clues. CLARK was unable to keep his balance when I placed him in the position of insturction. He began the test before

advised to do so and could not maintain balance during instruction. CLARK could not place his feet heel toe as instructed and stepped offline, then began walking. He continued walking for 21 steps before stating he couldn't remember what to do next.

During the one leg stand CLARK presented with 1/4 clues. CLARK put his foot down 3 separate times. He put his foot down upon reaching 1006, and was advised to lift it and continue with the test. He began counting from the beginning and again put his foot down at 1006, and was again advised to continue the test.

CLARK was placed under arrest at this time. CLARK was given a breathalizer test at Wellfleet Police Station and blew a .17 BAC. CLARK was charged with a Mandatory Appearance for the following Violations; 36 CFR 4.23 (a)(1) operating a motor vehicle under the influence of alcohol, 36 CFR 4.23(a)(2) operating a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 or higher, and 36 CFR 4.21 (c) Exceeding posted speed limit.. A video recording of this contact is available. "All information on the front of this notice is incorporated by reference here in."

The radar operator is properly trained, and the unit's radar properly tested. (Python III, serial #951001094)
See Citations E1342764, E1342765, E1342766
IMARS Case #NP21111521

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2021 _____   _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

NP2111521

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA65 | E 1342764 | ATTENDORN | 2772 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 07/04/2021 1846 | 36CFR 4.21(-) |

Place of Offense

Ocean View Drive, Wellfleet

Offense Description: Factual Basis for Charge                              HAZMAT n

Exceeding speed limit   (43mph in 30mph zone)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| CLARK | JUSTIN | P |

Street Address

| Tag No | State | Year | Make/Model | PASS COLOR |
|---|---|---|---|---|
| 9PB945 | MA | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $      Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $      Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1342764*

CVB SCAN 08/12/2021 11:44

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident.

CVB SCAN 08/12/2021 11:44

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 4, 2021 while exercising my duties as a law enforcement officer in the          District of Massachussetts

At approximately 1846 hrs I was on vehicle patrol at Ocean View Drive in Wellfleet, running my stationary radar in my fully marked police cruiser. This location is in Cape Cod National Seashore (CACO), which is within the Special Maritime and Territorial Jurisdiction of the United States. Ocean View Drive is a 30 mph zone and is heavily utilized by pedestrians and cyclists during daylight hours as well as at dark.

At this time I was facing northbound when I observed a grey Toyota Corolla (MA tag 8PB945) travelling southbound on Ocean View Drive at what appeared to be an excessive rate of speed. My stationary radar Python III front antenna showed an approaching speed of 42 mph and the Doppler tone emitted was increasingly high-pitched. Additionally, at this time I saw the front passenger of the vehicle lean her body from the waist up out the passenger side of the vehicle while it was in motion, she did not have a saftey belt on.

I immediately pulled behind the vehicle, and activated my emergency response lights. Upon stopping the vehicle, I identified the driver as CLARK, JUSTIN by his Massachusetts Driver's License. I issued CLARK a Violation Notice for Speeding, 36 CFR 4.21 (c), traveling 42 mph in a 30mph zone. "All information on the front of this notice is incorporated by reference here in." a digital recording of this event was captured.

The radar operator is properly trained, and the unit's radar properly tested. (Python III, serial # 951001094)

See Citation #E1342764/ MA65
IMARS Case #NP21111521

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2021 _____
                    Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
                    Date (mm/dd/yyyy)        U.S. Magistrate Judge